UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

POWERS F. REESE,

        Plaintiff,

-vs-                        Case No. 3:11-cv-242

IBEW LOCAL 82
PENSION PLAN, et al.,

        Defendant.

## ORDER

The above captioned matter is hereby TRANSFERRED from the docket of The Honorable Thomas M. Rose, to the docket of The Honorable Timothy S. Black.

**DONE** and **ORDERED** in Dayton, Ohio, this 8th day of March 2012.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT