# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

POWERS F. REESE.,                           :

    Plaintiff,                              :          Case No. 3:11CV242

   -vs-                                     :          Magistrate Judge Sharon L. Ovington

IBEW LOCAL 82 PENSION PLAN, et al.   :

    Defendants.                             :

## ORDER OF TRANSFER FOR MEDIATION

     With his consent, the above-captioned action is hereby transferred to United States

Magistrate Judge Michael J. Newman solely for the purpose of conducting a mediation.

Magistrate Judge Newman shall have full authority to conduct the mediation and shall report

whether or not it has resulted in settlement of this case.


June 13, 2012                                          s/Sharon L. Ovington
                                              Sharon L. Ovington
                                              United States Magistrate Judge